UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENE F. SCHAEFER, individually and on behalf of a class of similarly-situated female employees,<br><br>      Plaintiff,<br><br>- against -<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, BRACKETT B. DENNISTON, III, JOHN G. RICE, JOHN M. DINEEN, JOHN F. LYNCH, JOHN LOOMIS, BILL FISHER, GREG CAPITO, CLAUDIO X. GONZALEZ, ANDREA JUNG, RALPH S. LARSEN, SAM NUNN, and DOUGLAS A. WARNER, III,<br><br>      Defendants. | CIVIL ACTION NO. 3:07 CV 858 (PCD)<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby agree to dismiss the above-captioned case with prejudice and without court costs or court fees to either party.

Dated: January 22, 2009

By: _____
David W. Sanford (DC Bar 457933)*
Stefanie Roemer (DC Bar 45440)*
Katherine Kimpel (WI Bar 1064593)*
SANFORD WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Fax: (202) 742-7776
dsanford@nydclaw.com

Respectfully and jointly submitted,

By: _____
Patrick W. Shea (ct 07071)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: patrickshea@paulhastings.com

By: *[signature: Glen Nager /PMJ]*

Steven L. Wittels (SLW-8110)*
Jeremy Heisler (JH-0145)*
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th floor
New York, NY 10022
Telephone: (646) 723-2947
Fax: (646) 723-2948
swittels@nydclaw.com

Glen D. Nager
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone (202) 879-3939
Fax (202) 626-1700
Email: gdnager@jonesday.com

*Counsel for Defendants*

* Admitted *pro hac vice*
*Lead Counsel for Plaintiff Lorene F. Schaefer and the Class*

Victoria de Toledo (ct 06741)
CASPER & DE TOLEDO LLC
1458 Bedford St.
Stamford, CT 06905
Telephone: (203) 325-8600
vdetoledo@casperdetoledo.com

By: *[signature]*

Howard K. Levine (ct 10555)
CARMODY & TORRANCE LLP
195 Church St.
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax: (203) 784-3199
Email: HLevine@carmodylaw.com

*Co-Counsel for Plaintiff Lorene F. Schaefer and the Class*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE shall be sent via email and U.S. Mail, postage prepaid, on this 28th day of January, 2009 to:

| | |
|---|---|
| David W. Sanford<br>SANFORD WITTELS & HEISLER, LLP<br>1666 Connecticut Ave., N.W.<br>Suite 310<br>Washington, D.C. 20009<br>Telephone: (202) 742-7777<br>Fax: (202) 742-7776<br>dsanford@nydclaw.com | Steven L. Wittels<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th floor<br>New York, NY 10022<br>Telephone: (646) 723-2947<br>Fax: (646) 723-2948<br>swittels@nydclaw.com |
| Jeremy Heisler<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th floor<br>New York, NY 10022<br>Telephone: (646) 723-2947<br>Fax: (646) 723-2948<br>jheisler@nydclaw.com | Victoria de Toledo<br>CASPER & DE TOLEDO LLC<br>1458 Bedford St.<br>Stamford, CT 06905<br>Telephone: (203) 325-8600<br>vdetoledo@casperdetoledo.com |

Dated: January 28, 2009

Patrick W. Shea (ct 07071)

LEGAL_US_E # 82195613.1

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 28, 2009** a copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Howard K. Levine